# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/28/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR 01-00364DAE
CASE NAME:          USA v. Aundra Gillyourd
ATTYS FOR PLA:      Thomas Koenig
ATTYS FOR DEFT:     Lori Faymonville
USPO:               Derek Kim

JUDGE:   David Alan Ezra            REPORTER:   Debra Chun

DATE:    12/28/2005                 TIME:       9:45am-10:30am

COURT ACTION:  EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant Aundra Gillyourd present in custody.

Defendant admits to violations No. 7 and No. 8.  Previous violations have been admitted to previously.

Order to Show Cause Why Supervised Released Should Not Be Revoked-HELD in abeyance until moved on by the U.S. Attorneys.

Defendant held in custody of the U.S. Marshals until a bed space at Poalani becomes available.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager