PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE  # 3947
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      fpdhi@hotmail.com

Attorney for Defendant
AUNDRA GILLYOURD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 01-00364 DAE |
| | ) |
| Plaintiff, | ) ORDER MODIFYING |
| | ) CONDITIONS OF SUPERVISED |
| vs. | ) RELEASE |
| | ) |
| AUNDRA GILLYOURD, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

On December 28, 2005, an Order to Show Cause Why Supervised Release Should Not Be Revoked was held.  Loretta A.Faymonville appeared with, and on behalf of, Defendant AUNDRA GILLYOURD, and Thomas C. Koenig, Special Assistant United States Attorney, appeared on behalf of the government.

Defendant admitted to violating the conditions of supervised release.  After hearing arguments of counsel,

      IT IS ORDERED THAT this matter shall be held in abeyance until moved on by the government.

      IT IS FURTHER ORDERED THAT Defendant be remanded to the custody of the U.S. Marshals until bed space is available at Po'ailani.  Defendant to be released to the custody of the Federal Public Defender's Office when bed space is available.

      IT IS APPROVED AND SO ORDERED:

      DATED:  Honolulu, Hawaii, July 6, 2006.



_____
David Alan Ezra
United States District Judge

APPROVED AS TO FORM ONLY:

 /s/ Thomas C. Koenig_____
THOMAS C. KOENIG
Special Assistant United States Attorney


UNITED STATES v. AUNDRA GILLYOURD
Cr. No. 01-00364 DAE
ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE